

U. S. Department of Justice

*Michael F. Easley, Jr.*
United States Attorney
Eastern District of North Carolina

U.S. Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: February 11, 2022

TO: Clerk's Office
United States District Court
Raleigh, North Carolina

FROM: Susan B. Menzer
Assistant United States Attorney
Criminal Division

SUBJECT: United States v. Duane Montrik Burton
Docket No. 4:22-CR-13 - Eastern Division

A Criminal Information is being filed today in the above-captioned matter. The Information charges Defendant Duane Montrik Burton with Conspiracy to Commit Offenses Against the United States, 18 U.S.C. § 371, Aggravated Identity Theft, 18 U.S.C. § 1028A, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §924(c)(1)(A)(i).

This case is related to the previously filed case of Yolanda Harper Barnhill, 4:21-CR-30-M. The defendants were associates. Defendant Harper-Barnhill pleaded guilty before Chief Judge Myers. II. Substantial duplication of labor would be required if this case was heard by a different judge.

Reviewed and approved by: _____
MICHAEL F. EASLEY, JR.